## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE:   Brian Anderson Criss                    CASE NO.:   17-11173

                                                        CHAPTER:   7

       **DEBTOR**

### ORDER OF DISMISSAL

Considering a hearing was held December 13, 2017 on a Motion For Temporary Waiver of Credit Counseling, which the court denied, and for failure to file the Certificate of Budget and Credit Counseling Course required by Federal Rule of Bankruptcy Procedure 1007,

**IT IS ORDERED** that this case is **dismissed** and the automatic stay is terminated.

**IT IS FURTHER ORDERED** that the Court may deny a motion to reconsider dismissal on its own motion and without a hearing if the debtor(s) has/have not paid the balance of the filing fee when the motion to reconsider is filed.

**IT IS FURTHER ORDERED** that the Court may not grant an application to pay the filing fee in installments in any future case.

**IT IS FURTHER ORDERED** that the debtor remains liable to the United States Courts for any unpaid filing fees even though the case has been dismissed.  This liability may affect the debtor's(s') eligibility to file another bankruptcy petition.  *See* 11 U.S.C. §109(g)(1).

Baton Rouge, Louisiana, December 15, 2017.

<u>s/ Douglas D. Dodd</u>
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE